JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB; 011 UAAAC MEMBER,<br><br>            Plaintiffs,<br><br>v.<br><br>WEISS INVESTMENT PROPERTIES, LP; AND DOES 1 THROUGH 10, Inclusive,<br><br>            Defendant. | Case No.: CV 17-4112-DMG (SSx)<br><br>**ORDER ON DISMISSAL OF THE ENTIRE ACTION [28]** |

Pursuant to the Joint Stipulation of Dismissal With Prejudice on file herein and good cause appearing, the Court hereby orders that the above-entitled action is dismissed in its entirety with prejudice. The parties shall bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 20, 2017

                                              DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE